UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

**In re:**

**JUAN JOSE SANTANDREU,**

Case No.: 18-22197-LMI

Chapter 7

**Debtor.**
_____/

### TRUSTEE'S NOTICE OF SALE

**Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-(B), this proposed use, sale or lease will be deemed approved without the necessity of hearing or order if no objection to the use, sale or lease is filed and served within 21 days from the date of service of this notice**

**COMES NOW, Ross R. Hartog,** as the Chapter 7 Trustee of the case captioned above, does respectfully file this *Trustee's Notice of Sale* regarding the asset(s) of the above referenced bankruptcy estate and in support there of states as follows:

1. Ross R. Hartog serves as the duly appointed Chapter 7 Trustee in the case of the debtor captioned above.

2. The Trustee gives notice of his intent to sell all of the estate's right, title and interest in and to the Default Final Judgment against John M. Barrios and Barrios A/C, Inc., in the amount of $29,396.64 (the "Judgment"), to SM Financial Services Corporation for $1,000, which the Trustee believes will generate the highest and best value for the estate. A true and correct copy of the Judgment is attached hereto as Exhibit "A".

3. The proposed sale, without the added expenses of an auction and related pleadings, will maximize the value of the Judgment for the benefit of the bankruptcy estate.

4. **Failure to timely file a written objection to the proposed sale shall be deemed consent to the sale.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served (1) via e-mail (through the Court's BNC) and (2) U.S. Mail to (a) Steven Mitnick, Esq., SM LAW PC, P.O. Box 530, 49 Old Turnpike Road, Oldwick, NJ 08858; and (b) all parties on the attached service list, on April 29, 2019.

                                      **ROSS R. HARTOG, CHAPTER 7 TRUSTEE**
                                      101 NE Third Avenue, Suite 1210
                                      Fort Lauderdale, FL 33301
                                      Tel: (954) 767-0030
                                      Fax: (305) 670-5011
                                      EM: trustee@mrthlaw.com

                                      By:   /s/ Ross R. Hartog

10/11/2018  Miami-Dade Official Records - Print Document

```
                                          CFN: 20170691050 BOOK 30786 PAGE 1003
                                          DATE:12/08/2017 12:00:24 PM
                                          HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY
```

JUAN SANTANDREU, an individual, and
SM INTERCONSULTING, LLC, a Florida
Limited Liability Company,

    Plaintiffs,

v.                                    IN THE CIRCUIT COURT OF THE
                                          ELEVENTH JUDICIAL CIRCUIT IN

AND
JOHN M. BARRIOS, an individual, and    FOR MIAMI-DADE COUNTY,
FLORIDA
BARRIOS A/C, INC., a Florida Corporation,
                                            CIRCUIT CIVIL DIVISION
    Defendants.
_____/ CASE NO.: 2017-015587-CA-01

## DEFAULT FINAL JUDGMENT

THIS CAUSE having come before the Court upon Plaintiffs' Motion for Default Final Judgment against the Defendants, JOHN M. BARRIOS, and BARRIOS A/C, Inc. on November 30, 2017, after due notice to all parties, and the Court having reviewed the court file, pleadings, and affidavits, and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** as follows:

1. The Court has jurisdiction over the subject matter hereof and of the

parties herein.

2. The Defendant, JOHN M. BARRIOS, whose address is 1664 S.W. 9th Street, Miami, FL 33135, has failed to file or serve and paper, and has otherwise failed to plead or otherwise defend this action as required by law.



EXHIBIT A

10/11/2018                    Miami-Dade Official Records - Print Document

CFN: 20170691050 BOOK 30786 PAGE 1004

Santandreu v. Barrios
Case No. 17-15587 CA 01 (34)
Page 2

3. The Defendant, BARRIOS A/C, INC., whose address is 3461 N.W. 48th Street, Miami, FL 33142, has failed to file or serve any paper in this action as required by law.

4. The Plaintiffs, JUAN SANTANDREU and SM INTERCONSULTING, LLC., are entitled to a Final Default Judgment as a matter of law as set forth in their Complaint and the Motion for Default Final Judgment.

5. According to the Motion for Default Final Judgment, a copy of the Motion for Default Final Judgment was served upon the Defendants at the address set forth in paragraph 2 & 3.

6. There is due to Plaintiffs, JUAN SANTANDREU and SM INTERCONSULTING, LLC. from the Defendants, JOHN M. BARRIOS, and BARRIOS A/C, Inc.:

    a. Damages: $26,840.00

    b. Court Fees and Costs: $ 494.47

    c. Pre-Judgment Interest (5.05%, 5.17%, 5.35%): $ 202.17

    d. Attorney's fees: $ 1,860.00 as of the date of filing this Motion

**TOTAL OF FOREGOING: $ 29,396.64**

10/11/2018             Miami-Dade Official Records - Print Document

CFN: 20170691050 BOOK 30786 PAGE 1005

Santandreu v. Barrios
Case No. 17-15587 CA 01 (34)
Page 3

7. Final Default Judgment is hereby entered in the amount of $ 29,396.64, which shall bear interest at the legal rate established pursuant to Section 55.03, Florida Statute, in favor of the Plaintiffs, JUAN SANTANDREU and SM INTERCONSULTING, LLC., and against the Defendants, JOHN M. BARRIOS, and BARRIOS A/C, Inc., FOR WHICH LET EXECUTION NOW ISSUE.

8. The Court reserves jurisdiction to hear any and all further matters that are necessary for the just and proper disposition of this action.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 12/06/17.

_____
RODNEY SMITH
CIRCUIT COURT JUDGE

No Further Judicial Action Required on THIS MOTION
CLERK TO RECLOSE CASE IF POST JUDGMENT

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

Copies Furnished to:
Alexander Alvarez, Esq. and Anamari Cabriales, Esq. (alex@aalvarezlawfirm.com, anamari@aalvarezlawfirm.com; and arlene@aalvarezlawfirm.com)

10/11/2018                                     Miami-Dade Official Records - Print Document

CFN: 20170691050 BOOK 30788 PAGE 1008

Santandreu v. Barrios<br>
Case No. 17-15587 CA 01 (34)<br>
Page 4

John M. Barrios
1664 S.W. 9th Street
Miami, Fl 33135

Barrios A/C Inc.
3461 NW 48th Street
Miami, FL 33142

Al Hill Plumbing
13740 NW 19 Avenue
Opa Locka, FL 33054-4211

Aleida Martinez Molina
2525 Ponce de Leon #700
Coral Gables, FL 33134-6045

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

BB AND T
PO BOX 1847
WILSON NC 27894-1847

Chase Bank
c/o GS Services Limited Partnership
6330 Gulfton
Houston, TX 77081-1108

Chase Bank USA NA
c/o Services Ltd Partnership
6330 Gulfton
Houston, TX 77081-1108

Chase Card
P.O. Box 15298
Wilmington, DE 19850-5298

Gomez & Son Fence Co.
420 NW 120 Avenue
Miami, FL 33182-1320

JH Portfolio Debt Equities
5757 Phantom Ddrive
Suite 225
Hazelwood, MO 63042-2429

Jose Cerero, Caridad Canales
27320 SW 167 Ct.
Homestead, FL 33031-2703

Juan Jose Santandreu
271 West 59 Street
Hialeah, Fl 33012-2625

K.A. Start Construction Inc.
c/o Kevin Hernandez
12640 Country Club Lane
Miami, FL 33167-1817

Kia Motors Finance Co.
10550 Talbert Avenue
Fountain Valley, CA 92708-6031

McCourt Construction In.
c/o Daniel Mcalpine 23800 SW 162 Avenue
Homestead, Florida 33031-1388

Miami-Dade County
2525 NW 62 Street
Miami, Florida 33147-7716

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Quantum3 Group LLC as agent for
JHPDE Finance 1 LLC
PO Box 788
Kirkland, WA 98083-0788

Ross R Hartog
101 NE Third Avenue
Suite 1210
Fort Lauderdale, FL 33301-1147

Serrano Construction & Paving
3117 W. 71 Place
Hialeah, Florida 33018-5273

SM Interconsulting LLC
271 W. 59 Street
Hialeah, Florida 33012-2625

State Auto Insurance Companies
c/o Mr. James Jeffers
518 East Broad St.
Columbus, OH 43215-3976

Statewide Electrical Services
c/o Noel Melo
12905 W. Okeechobee Rd. #4
Hialeah, Florida 33018-6038

Suntrust Bank
1201 Hays Street
Tallahassee, FL 32301-2699

SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust Personal Mastercard
P.O. Box 85526
Richmond, VA 23285-5526

Synergy Equipment
P.O. Box 105046
Atlanta, GA 30348-5046

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wells Fargo Card Services
P.O. Box 14517
Des Moines, IA 50306-3517

Zurwelle-Whittaker Inc.
900 W. 49 Street
Suite 504
Hialeah, Florida 33012-3488